UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

**Plaintiff,**

v.

Case No. **6:12 CR 00336-1-AA**

RANDOLPH DEL CALHOUN NELSON,

**Defendant.**

## ORDER REVOKING SUPERVISED RELEASE

On June 4, 2015, the defendant appeared before this court, for sentencing following his plea of guilty to Conspiracy to File False Tax Returns and Theft of Government Property. He was sentenced to (33) months custody followed by a (3) year term of supervised release, upon the standard and special conditions. The term of supervised release commenced on December 9, 2014.

On May 27, 2015, this court issued an amended petition for warrant and order to show cause why the term of supervised release order previously granted should not be revoked based on the probation officer's allegation that defendant violated the conditions of release.

On June 4, 2015, the defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The defendant admitted he had violated the conditions of supervised release by committing a new law violation.

ORDER REVOKING SUPERVISED RELEASE - PAGE 1

THE COURT FINDS that the defendant has violated conditions of his supervised release as set forth above, said violation constitutes a Grade B violation pursuant to Guideline § 7B1.1(a)(2). A Grade B violation coupled with the defendant's Criminal History Category of VI, produces a suggested imprisonment range of 21 to 27 months (§ 7B1.4 Revocation Table).

IT APPEARS TO THE COURT that the defendant is no longer amenable to supervision.

IT IS ORDERED AND ADJUDGED that the term of supervised release is revoked and the defendant is committed to the custody of the Bureau of Prisons for a term of time served. A term of supervised release is reimposed for a period of (24) months under the previously imposed conditions of supervision and the following new conditions:

1. The defendant shall reside in and satisfactorily participate in a residential reentry center to include a prerelease component, if determined appropriate by the residential reentry center manager and the probation officer for (6) months or until discharged by the residential reentry manager or the probation officer. The defendant shall remain in custody until a bed becomes available. The probation office will transport the defendant to his placement and will stop to gather his belongings at his family residences.
2. The defendant shall participate in MRT training as directed by his probation officer.
3. The defendant shall observe Reentry Court as directed by his probation officer.
4. The defendant shall participate in a mental health and drug and alcohol assessment and follow the directives of the assessment and his probation officer.
5. The defendant shall participate in a SOI evaluation as directed by his probation officer.
6. The defendant shall obtain employment or attend school at the direction of his probation officer.

Dated this 5th day of June, 2015.

_____
**ANN AIKEN**
**United States District Judge**